ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ZACHARY BERKOFF-CANE, WSBN # 47988
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
zachary.berkoff@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MUDALIAR,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 1:25-cv-01190-SKO<br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 14) |

   IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Frank Bisignano, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

   Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for further consideration and a *de novo* hearing. The parties further request that the

Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  December 18, 2025            */s/  Jonathan Omar Pena* *
                                               JONATHAN OMAR PENA
                                               Attorney for Plaintiff
                                               *Authorized via e-mail on December 17, 2025

                                               ERIC GRANT
                                               United States Attorney
                                               MATHEW W. PILE
                                               Head of Program Litigation 1
                                               Social Security Administration | Law & Policy

                                 By:     */s/ Zachary Berkoff-Cane*
                                               ZACHARY BERKOFF-CANE
                                               Special Assistant United States Attorney

                                               Attorneys for Defendant

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown,

**IT IS HEREBY ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **December 17, 2025**          /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE